Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Rick A. Mula
Assistant Federal Public Defender
Illinois State Bar No. 6331934
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rick_Mula@fd.org

Attorney for Defendant Baron Von Wolfgang Hendrix

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Baron Von Wolfgang Hendrix,<br><br>        Defendant. | Case No. 2:23-mj-00090-DJA<br><br>**Stipulation and ~~Proposed~~ Order** |

**Stipulation**

Mr. Hendrix was charged by complaint on February 3, 2023, with two counts: (1) Operating a Motor Vehicle while Under the Influence of Drugs (a violation of 36 C.F.R. § 4.23(a)(1)); and (2) Unsafe Operations (a violation of 36 C.F.R. § 4.22(b)(1)). (ECF No. 1.)

Mr. Hendrix entered a plea agreement (ECF No. 13) on November 8, 2023. (ECF No. 12.) Under that agreement, Mr. Hendrix pleaded guilty to Count One. (ECF No. 12.) Count Two was dismissed. (*Id.*) Mr. Hendrix was sentenced on Count One as follows: "Defendant is sentenced to one year unsupervised probation; $500.00 fine and $10.00 penalty assessment; attend and complete lower court DUI course and

victim impact panel; complete sixteen (16) hours online drug awareness course; and restricted from Lake Mead National Recreational Area for six months. Should the defendant complete his obligations within the first six months of his unsupervised probation, the court will allow the defendant to withdraw his guilty plea to count one and the government will move to amend count one to reckless driving, see plea agreement." (*Id.*)

      Mr. Hendrix now has completed the special conditions of his unsupervised probation. Accordingly, the parties agree that Count One should be amended to Reckless Driving, and the status conference set for June 7, 2024, at 11:30 AM should be vacated.

      Dated May 31, 2024.

Respectfully submitted,

Rene L. Valladares  
Federal Public Defender

Jason Frierson  
United States Attorney

*/s/ Rick Mula*  
Rick Mula  
Assistant Federal Public Defender

*/s/ Randolph J. St. Clair*  
Randolph J. St. Clair  
Assistant United States Attorney

**Order**

The Court finds that Mr. Hendrix has completed the special conditions of his unsupervised probation in accordance with his plea agreement and sentence.

IT IS THEREFORE ORDERED that Mr. Hendrix is permitted to withdraw his guilty plea to Count One: Operating a Motor Vehicle Under the Influence.

IT IS FURTHER ORDERED that the Court, consistent with the plea agreement and sentence, enters a plea of guilty to Amended Count One: Reckless Driving.

IT IS FURTHER ORDERED that the status conference set for June 7, 2024, at 11:30 AM is vacated.

DATED this __3rd__ day of June, 2024.

_____
UNITED STATES MAGISTRATE JUDGE